# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| TED LOUIS BRADFORD,<br>*Plaintiff*<br>v.<br><br>JOSEPH SCHERSCHLIGT; and the CITY OF YAKIMA,<br>*Defendant* | Civil Action No. 13-CV-3012-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' motion for summary judgment (ECF No. 21) is GRANTED. Plaintiff's claims are hereby DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on a motion for summary judgment.

Date: July 7, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen